UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>Defendant. | Case No. 13-cv-00165 PJH (NC)<br><br>**ORDER STRIKING PUBLIC FILING OF SETTLEMENT CONFERENCE STATEMENT**<br><br>Re: Dkt. No. 23 |

Defendant Lexington Insurance Company is scheduled to attend a settlement conference on July 23, 2013, and on July 17, 2013, filed its settlement conference statement in the public record on ECF. This is not the proper procedure for submitting a settlement conference statement. My settlement conference standing order requires each party to send a settlement conference statement to chambers, email a copy to my proposed order inbox, and serve a copy to opposing counsel. *See* Mag. Judge N. Cousins, Settlement Conference Standing Order, updated Oct. 23, 2012 (copy attached).

To protect the privacy of the parties, the Clerk's Office has locked defendant's improperly filed statement. Because the filing is immaterial to the motion practice in the case, and may contain confidential or sensitive information, the Court STRIKES the filing from the docket. Fed. R. Civ. P. 12(f) (A district court "may strike from a pleading an

insufficient defense or any redundant, immaterial, impertinent, or scandalous matter."). Defendant must submit a copy of its statement in accordance with my standing order by July 18, 2013 at 5:00 p.m.

    IT IS SO ORDERED.

Date: July 17, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge