**MEYERS, NAVE, RIBACK, SILVER & WILSON**
Kevin E. Gilbert, Esq.
Email: kgilbert@meyersnave.com
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: 510-808-2000
Facsimile: 510-444-1108

Attorneys for Plaintiff
SAN FRANCISCO UNIFIED SCHOOL DISTRICT

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq.  SB# 133878
 E-Mail: pardini@lbbslaw.com
Stephen J. Liberatore, Esq.  SB# 129772
E-Mail: liberatore@lbbslaw.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT, a public entity,<br><br>            Plaintiff,<br><br>    v.<br><br>LEXINGTON INSURANCE COMPANY; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case Number: 4:13-cv-00165 PJH<br><br>Honorable Phyllis J. Hamilton<br><br>**STIPULATION OF DISMISSAL & [PROPOSED] ORDER** |

TO THE HONORABLE PHYLLIS HAMILTON OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Federal Rules of Civil Procedure Rule 41, the parties hereto, by and through their respective counsel of record, stipulate and agree that pursuant to the terms of the settlement reached between the parties, this action shall be voluntarily dismissed with prejudice.

IT IS SO STIPULATED.

Dated: January 6, 2014

Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By  */s/ Kevin E. Gilbert*
   Kevin E. Gilbert
Attorneys for Plaintiff
San Francisco Unified School District

Dated: January 6, 2014

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  */s/ Stephen J. Liberatore*
   Stephen J. Liberatore
Attorneys for Defendant
Lexington Insurance Company

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4820-6222-9527.1                                    2                                       4:13-cv-00165 PJH
STIPULATION OF DISMISSAL & [PROPOSED] ORDER

## ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties, the above-referenced litigation is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: 1/7/14

